HUDSON RIVER COUNTRY CLUB, INC., Appellant, *v.* CITY OF YONKERS et al., Respondents.

Argued March 7, 1940; decided April 9, 1940.

*Paul L. Bleakley* for appellant.

*Leonard G. McAneny, Corporation Counsel (Morris L. Rosenwasser* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.